IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 24-cr-00291-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TEAK TY BROCKBANK,

    Defendant.

## INFORMATION

The United States Attorney charges:

1. At all relevant times, Defendant TEAK BROCKBANK a/k/a "TEAK TY BROCKBANK" ("BROCKBANK") lived in or around Cortez, Colorado.

2. BROCKBANK is the user of Social Media Account A.

### COUNT 1
### Interstate Threat
### (Title 18, United States Code, Section 875(c))

3. Paragraphs One through Two are incorporated and realleged as if fully set forth herein.

4. On or about September 22, 2021, in the State and District of Colorado and elsewhere, the defendant,

    TEAK BROCKBANK a/k/a "TEAK TY BROCKBANK,"

with the intent to communicate a true threat of violence, with knowledge that the

1

communication would be viewed as a true threat of violence, and with recklessness as to whether the communication would be viewed as a true threat of violence, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure and kill another person by posting on Social Media Account A: "I live in Communist Colorado and this Crazed liberal [referring to Election Official-1] and many others in Communist Colorado needs to- No has to Hang she has to Hang by the neck till she is Dead Dead Dead. There will be accountability for these peoples actions in Communist Colorado and it won't be judges and it won't be weakmided cops that bring it!!! It will be Me it will be You it Will be every day people that understand that there life does not matter anymore with the future our country has laid out before it."

All in violation of Title 18, United States Code, Section 875(c).

| | |
|---|---|
| MATTHEW T. KIRSCH<br>Acting United States Attorney<br>District of Colorado | COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>United States Department of Justice |
| By: */s/ Cyrus Y. Chung*<br>Cyrus Y. Chung<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>Email: cyrus.chung@usdoj.gov | By: */s/ Jonathan E. Jacobson*<br>Jonathan E. Jacobson<br>Trial Attorney<br>Public Integrity Section<br>1301 New York Ave. NW, 10th Fl.<br>Washington, DC 20005<br>Telephone: (202) 514-1412<br>Email: jonathan.jacobson@usdoj.gov |