IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. District Judge S. Kato Crews

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Mary George<br>Probation: n/a | Date: October 23, 2024<br>Interpreter: n/a |

**CASE NO. 24-cr-00291-SKC**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>TEAK TY BROCKBANK,<br><br>             Defendant. | Cyrus Chung<br>Jonathan Jacobson<br><br><br><br><br>Thomas Ward |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**Court in session:**      10:05 a.m.

Court calls case.  Appearances of counsel.  Defendant is present and in custody.  Present with Government counsel is Special Agent Amy Meyer.

Preliminary remarks made by the Court.

**EXHIBITS:**   Plea documents received.

Defendant is sworn and questioned by the Court.

The Court finds that the defendant is competent to proceed with this hearing.

Mr. Ward summarizes the terms of the Plea Agreement.

Defendant is advised by Mr. Chung of the charge to which he is pleading guilty.

Defendant's right to trial by jury and other constitutional rights explained.

Factual basis for the plea stated.

Defendant advised of maximum penalties, sentencing guidelines, and limited appeal rights.

Defendant withdraws his prior plea of not guilty and enters plea of guilty to Count 1 of the Information.   The Court notes that the defendant waived Indictment before the magistrate judge.

The Court states findings of fact and conclusions of law, accepts plea of guilty, and defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:**   Sentencing is set for **February 3, 2025, at 1:30 p.m.  Defendant shall appear at that date and time without further notice or order of the Court.**

**ORDERED:**   Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:**   The Probation Office shall conduct a presentence investigation and submit a presentence investigation report as required by Fed. R. Crim. P. 32.

**ORDERED:**   Counsel shall file any sentencing positions or any other motions that pertain to sentencing no later than 14 days before the sentencing hearing.  Any responses or objections to such filings shall be filed no later than seven (7) days before the sentencing hearing.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**      10:36 a.m.
Total time in court:    00:31
Hearing concluded.