UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 24-CR-291-SKC |
| | ) | |
| v. | ) | |
| | ) | |
| TEAK BROCKBANK, | ) | |
| a/k/a "TEAK TY BROCKBANK," | ) | |
| Defendant | ) | |

### GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America respectfully requests that the Court sentence Defendant Teak Brockbank—who poses a danger to public officials, federal law enforcement, and Colorado's citizenry—to a guideline sentence of 37 months of imprisonment.

### BACKGROUND

In or about late 2021, Defendant began to express his view that violence against public officials was necessary, and over the course of the following years he publicly and repeatedly threatened the lives of election officials, state judges, and federal law enforcement agents on social media accounts.

- For example, on August 4, 2022, Defendant posted: "People like [Arizona Election Official-1] and [Colorado Election Official-1] . . . . Once those people start getting put to death then the rest will melt like snowflakes and turn on each other. . . . This is the only way. So those of us that have the stomach for what has to be done should prepare our minds for what we all [a]re going to do!!!!!! It is time."

- Defendant posted as follows about a Colorado state judge on October 2, 2021: "I could pick up my rifle and I could go put a bullet in this Mans head and send him to explain himself to our Creator right now. I would be Justified!!! Not only justified

1

but obligated by those in my family who fought and died for the freedom in this country. . . . What can I do other than kill this man my self [sic]? No one will do it for me . . . ."

- Finally, Defendant threatened federal law enforcement on July 20, 2022, posting: "ATF CIA FBI show up to my house I am shooting them peace's of shit first No Warning!! Then I will call the sheriff!!! With everything that these piece of shit agencies have done I am completely justified to just start dropping them as soon as they step on my property! justified."

When agents with the Federal Bureau of Investigation ("FBI") contacted Defendant in late 2023 about these and other threatening social media posts he had issued, Defendant responded that FBI personnel "are scum," hung up the phone, and continued until as recently as July 2024 to post threatening messages targeting federal law enforcement and Colorado Election Official-1 (often using a new social media platform). Defendant, a convicted felon, was also in possession of multiple firearms until agents executed a search warrant at his residence on August 23, 2024. He stated as recently as November 2023 that he does "not go anywhere without a firearm." Because Defendant is a dangerous threat to the community—to public officials, law enforcement, and anyone else with whom he disagrees—and to deter others from engaging in similar conduct, the Court should sentence him to 37 months of imprisonment.

I.  **<u>Defendant's Threatening Communications</u>**

On August 4, 2022, Colorado Election Official-1's office circulated to Colorado-based federal law enforcement authorities a series of threatening communications that targeted Colorado Election Official-1 and Arizona Election Official-1. The posts were issued by an individual with the username "Teakty4u" on two social media platforms: (1) Rumble (a social media provider that

functions like YouTube) and (2) Gab (a social media provider that functions like X, formerly Twitter). A subsequent federal investigation unearthed numerous additional threatening posts and other communications targeting these same two public officials, state judges, federal law enforcement authorities, and others. During a post-arrest interview on August 23, 2024, when he was shown copies of some of the threatening communications contained in the complaint, Defendant admitted that he controlled the relevant accounts and issued the communications ("You're asking me if someone else could have posted, I don't think so . . . . [I]f it's talking about accountability for corrupt people, I did it. You don't see me on there saying that good people should be shot in the head by firing squad, do you?").

The complaint affidavit, ECF No. 6, provides a detailed recitation of the relevant threatening communications and the government will not repeat each of those allegations here. But a handful of the communications described in the complaint, as well as some additional communications (some quite recent) that were not included in the complaint, merit emphasis here.

A. Defendant's Threats to Election Officials

Over the course of the last few years, Defendant has repeatedly threatened Colorado Election Official-1 and Arizona Election Official-1, and he continued to threaten Colorado Election Official-1 until as recently as July 2024.

For example, in September 2021, in response to a post about Colorado Election Official-1 purportedly "[d]estroy[ing]" election data, Defendant posted on Gab:

> I live in Communist Colorado and this Crazed liberal and many others in Communist Colorado needs to- No has to Hang she has to Hang by the neck till she is Dead Dead Dead. There will be accountability for these peoples actions in Communist Colorado and it won't be judges and it won't be weakmided [sic] cops that bring it!!! It will be Me it will be You it Will be every day people that understand that there life does not matter anymore with the future

> our country has laid out before it by Robber Barons /Unelected Bureaucrats/ Libtards. . . .

That same day, he issued another post on Gab about Colorado Election Official-1:

> I live in Communist Colorado. [Colorado Election Official-1] and many others have to HANG. These people have to hang by the neck till they are Dead Dead Dead . . . No One else is going to do it for us we will have to do it ourselves!!!!! Grow some balls realize that your future is screwed anyways but you can make it better for others … Mark My Words.

Defendant continued threatening Colorado Election Official-1, and began threatening Arizona Election Official-1, in 2022. When other users suggested violence and rebellion in August 2022, Defendant agreed in this Rumble post:

> You're exactly right 100% on target!! People just like [Arizona Election Official-1] and [Colorado Election Official-1] Our communist!! They are bought and paid for by people like George Soros Mark Zuckerberg and they're like!! What these people are doing is treason subversion of the American people's will!! There is no other answer but to execute these people for their actions!! There has to be accountability or this country is lost.

That same day, also on Rumble, he added:

> [W]e the people that know the truth of things need to go get those that we know that are guilty. People like [Arizona Election Official-1] and [Colorado Election Official-1].. Once those people start getting put to death then the rest will melt like snowflakes and turn on each other and we will just sit back why the worst of them get pointed out and we put them against the wall as well… MARK MY WORDS.. This is the only way. So those of us that have the stomach for what has to be done should prepare our minds for what we all Are going to do!!!!!! It is time..

Defendant left no ambiguity that he was threatening unlawful violence, making clear that he was not advocating for state-sanctioned legal process but lawless executions in this Rumble post from July 2022:

> I'll truly believe there is no other way to fix this mess in Colorado and places like Arizona without executing these evil people. The

4

people have to take matters into their own hands. People like the secretary of state of Colorado the secretary state of Arizona have to be put to death. Not to court trials and crooked judges Incompetent law-enforcement. . . .

Defendant's focus on holding officials "accountable" by personally executing them continued in 2023. In January 2023, he posted on Rumble, "I promise you all this. [Arizona Election Official-1] does not want anyone to put a bullet in her head/ kill her and all those that helped her! I'm pretty positive [Arizona Election Official-1] and those like her do not want any of us to find them and hold them accountable for their Actions ourselves . . . ." That same day, he posted on the comment thread of another Rumble video depicting Arizona Election Official-1's swearing-in ceremony: "Death For her and all those that are in it with her there is no other solution she hast to die!! We have to kill all these people and remove them and remind those that wanna be like them there is punishment for their actions. Permanent punishment!!!"

And as recently as July 2024, Defendant continued to threaten Colorado Election Official-1 using an account on social media provider Truth Social (with username "Teakty4U"). In the below post, Defendant focused on Colorado Election Official-1's role in the recent prosecution of a former Mesa County Clerk and Recorder:



B. Defendant's Threats to Colorado State Judges

Defendant has also threatened the lives of state judges in Colorado, including one judge who served for many years in the southwestern area of this state.

First, Brockbank threatened a state judge in Montezuma County. The judge had overseen Brockbank's probation on his fourth driving under the influence conviction. In October 2021, Brockbank posted on Rumble:

> The judge making the decisions for Montezuma County in Colorado… Cortez Communist Colorado is a Nazi. Probably doesn't even know that he is a fascist but a fascist he is to the letter…. What can I do to stop this MAN that has been Told he is violating our Constitution. More and more and more as time goes on. but then tries to say O He was given the power to violate our Constitution by Congress!!!!!!! I could pick up my rifle and I could go put a bullet in this Mans head and send him to explain himself to our Creator right now. I would be Justified !!! Not only justified but obligated by those in my family who fought and died for the freedom in this country. . . .i've watched been going on and what is going on in our community. We know what he is doing and We know what

> he is??? What can I do other than kill this man my self [sic]? No one
> will do it for me I do live in Communist Colorado…

In a text message from September 2021 that the government obtained pursuant to an Apple iCloud warrant, Brockbank threatened this same judge: "There is a judge in our courthouse that is still forcing people to wear masks!! He needs to be held accountable. Before he even did all this he was already on my list for being a crook in a powerful position but now I am justified!!!"

A similar text message Defendant sent in March 2022 reflected his intent to execute judges:

> I've had a lot of judges judge me. And they were wrong so I think people like me should and have to start doing the judging here on earth. They will explain themselves to our creator and people just like me will arrange the meeting! That's the only way God fearing patriots will be able to live in peace . . . till the end of our days is if we start holding accountable the wicked ourselves because no one's gonna [sic] do it for us here on earth!!

More recently, in December 2023, Defendant threatened Colorado Supreme Court judges, when he texted another individual, "Four judges in Colorado have removed President Trump from the ballot in Colorado. their names have been added to my list....."

C. <u>Defendant's Threats to Federal Law Enforcement</u>

Finally, Defendant has repeatedly (and recently) threatened the lives of federal law enforcement agents. Indeed, great precautions were undertaken to ensure the safety of agents who executed Defendant's arrest warrant and the search warrant at his residence in August 2024.

In July 2022, Defendant posted on Gab: "ATF CIA FBI show up to my house I am shooting them peace's of shit first No Warning!! Then I will call the sheriff!!! With everything that these piece of shit agencies have done I am completely justified to just start dropping them as soon as they step on my property! justified." Subsequently, in August 2022, Defendant posted on Gab, "AR15 is a civilian weapon. Single fire! IRS agents will be Carrying military grade weapons. AR16s and up. Full Auto! For every five rounds you shoot IRS agents will be able to put whole

30 round magazines down range at you!!! If you have to engage these communist do it from Range with a ranged weapon. The larger the caliber the better." And in June 2024, using his Truth Social account, Defendant posted the following about Internal Revenue Service agents:



These and other posts deeply concerned federal agents tasked with executing the arrest warrant for Defendant and the search warrant for his residence. Agents ultimately elected to arrest Defendant in a safe location away from his residence. During his post-arrest interview on August 23, 2024, Defendant provided his perspective on why agents had not arrested him at his home:

"The only reason you guys didn't come to my house is because you knew I would have fought. . . . You guys only kick people's doors in that you know won't fight back. The only reason you don't go after people like me [is] because you know we wouldn't leave, we wouldn't go with you." ECF No. 38 ("Def. PSR Objections"), Ex. C (9:06 - 9:22).

D. <u>Defendant's Private Expressions of an Intent to Engage in Unlawful Violence</u>

In addition to many of the above-described publicly posted threatening communications, Defendant has for years also privately expressed a strong desire to personally engage in acts of unlawful violence (to, in his own words, hold officials "accountable").

For example, in March 2022, he sent a text message to a family member expressing frustration that they were preventing him from personally executing government officials:

> [Y]ou all know I'm right. . . . The only way to stop the wicked is for good men to kill them so other wicked men are afraid to be wicked. You've always helped me but recently I feel like you guys are only trying to stop me from holding those people I know are guilty that in my community accountable!! Because you guys know they're guilty as much as I do because I told you the things I was seeing and hearing with my own eyes in my own ears. You guys know I'm justified and that I'm right so you're only trying to buy me off the kick the can down the road. This country is going to face plant soon and when it does nothing is gonna [sic] stop me in those like me from doing what needs to be done we are not our fathers weak minded fools . . . .

Subsequently, in September 2023, he explained to his stepfather in a text message that his stepfather was "right to worry [about Defendant]! when you and mom die because of your jab. I will want accountability for those that I know that are guilty and nothing will be stopping me then because you guys will be gone!"

Defendant has even threatened members of his own family. In one text message to a family member in September 2023, he wrote, "[I]f you, your brother, or anyone else ever trys [sic] to kick me out of this house after throwing my life away to be here all the time I will end that person's

9

life, and whoever else is helping them kick me out.. like, if your brother ever trys [sic] to kick me out in a few years after Grandma's dead, I will kill him. I will hunt him down and take his life. . . . So I want you to know I am preparing myself mentally the hope [sic] you folks accountable!"

Privately, Defendant has also explained that he would do anything in his power to avoid being subjected to criminal process, and he has expressed a disdain for the American legal system. For example, in August 2023, after he was not permitted (because of his prior felony) to take possession of a firearm he had purportedly won in a drawing, he told his stepfather in a text message, "Why are you so concerned about following this overthrown government[']s laws that do not even make sense, and that are only to hold us down[.] Why do you keep insisting on worrying about and following this overthrow governments laws???" Subsequently, after complaining about the justice system and the amount of time he had spent in jails and prisons over the course of his life, Defendant explained in an April 2024 text message to a friend that he would "never allow myself to be locked inside 4 walls by the corrupt people that is our justice system." And in an earlier June 2021 message, Defendant echoed that message: "I will never be put in jail again. Never it will not happen I will not submit to crooked judges crooked cops crooked laws crookedness!"

Recently, Defendant has indicated that he believes that his time is running short. In a text message to a family member in May 2024, he wrote: "[I]'ve had the feeling for sometime [sic] that my life here on earth is limited and I'm running out of time. . . I think about it often and what I should do about it . . . ."

## II. Defendant's Possession of Firearms

Defendant has been a convicted felon for over two decades and therefore cannot possess firearms. He knew as much, texting his stepfather in September 2023 as follows: "I have a felony for receiving stolen property, a class five felony."[1] But Defendant's communications and photographs in his Apple iCloud account, as demonstrated in the complaint, reflect that he has regularly possessed firearms for at least the last five years. During the execution of a search warrant at Defendant's residence in August 2024, agents located approximately six firearms spread out in Defendant's closet as well as right near his front door. There was so much ammunition in the residence that agents elected not to count it. The firearm near the front door, moreover, was loaded and cocked:



---

[1] During his post-arrest interview, however, Defendant contended that he is not a convicted felon. He falsely explained that he was told that the only reason he could not purchase firearms is because of "unpaid fines" and because he had a "class five misdemeanor." He recycles a version of this misleading narrative in his sentencing memorandum, suggesting that he had "legitimate confusion" about whether he could possess firearms. *See* ECF No. 41 at 14-15.

Images of some of these weapons and related accessories (including a sight) appear below:








Defendant left no doubt in his post-arrest interview that the firearms belonged to him. He was asked, "Does anybody store a gun at your house?" Defendant responded, "No, just me."

## ARGUMENT

The Court should sentence Defendant to 37 months of imprisonment—a term of incarceration that would be sufficient but not greater than necessary to comply with the purposes set forth in 18 U.S.C. § 3553(a)—and reject his demand for a downward variance.

### I. The Defendant's Sentencing Guideline Range is 30-37 Months

Defendant agreed to plead guilty to one count of violating 18 U.S.C. § 875(c), a statute that criminalizes "transmit[ting] in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another." The statutory maximum for the offense is five years. The parties stipulated in the plea agreement (ECF No. 29) that the following guidelines apply:

| SENTENCING GUIDELINES CALCULATIONS<br>COUNT ONE<br>18 U.S.C. § 875(c) | |
|---|---|
| **Threatening Communications:** | |
| Base Offense Level (U.S.S.G. § 2A6.1(a)(1)) | 12 |
| More Than Two Threats (U.S.S.G. § 2A6.1(b)(2)(A)) | +2 |
| Public Official Victim (U.S.S.G. § 3A1.2(b)) | +6 |
| Acceptance of Responsibility (U.S.S.G. § 3E1.1) | -3 |
| **Total Offense Level** | **17** |

*Id.* at ¶ VIII. The government and Defendant, however, left open the matter of two guideline enhancements: U.S. Sentencing Guideline § 2A6.1(b)(1) (six-point increase for conduct evidencing an intent to carry out threat) and § 2A6.1(b)(4) (four-point increase for substantial disruption / substantial expenditure of funds). The government will not seek either enhancement

14

at sentencing. Defendant's total offense level is therefore 17. Defendant does not dispute that he is in Criminal History Category III. Accordingly, his guideline sentencing range is 30-37 months.

II.     **The Court Should Sentence Defendant to 37 Months of Incarceration**

Close consideration of the factors under 18 U.S.C. § 3553(a) demonstrate that the Court should sentence Defendant to 37 months of imprisonment.

   A.     The Nature and Circumstances of the Offense and the History and Characteristics of the Defendant (18 U.S.C. § 3553(a)(1))

The nature and circumstances of the offense here are extremely serious and demonstrate that Defendant is a danger to public officials and officers as well as to the community at large. For years, Defendant has communicated death threats toward election officials, state judges, federal law enforcement, and others. These threats have been vicious and terrifying and have resulted in multiple reports to federal law enforcement. Defendant has promised to undertake this violence himself: "It will be Me"; "[W]e will have to do it ourselves"; "So those of us that have the stomach for what has to be done should prepare our minds for what we all Are going to do"; "We have to kill all these people." He has, moreover, targeted specific officials for retribution (he even claims to have a "list") and has incited others to engage in similar violent activity.

Defendant posted many of these threats on the Internet. But the Tenth Circuit has explained in a similar case that:

> [s]everal attributes of the Internet substantially amplify the fear an individual can instill via threats or incitement. Such threats have the ability to reach a vast audience—far more than the traditional speaker or author published in a single venue. The threats may often come cloaked in anonymity, allowing authors to make menacing statements they would never consider making to an individual in person. And, given the prevalence and diversity of Internet fora and discussion boards, such exhortations may often find a receptive audience of like-minded individuals— perhaps audiences more willing to do the bidding of one urging violent action.

15

*United States v. Wheeler*, 776 F.3d 736, 745 n.4 (10th Cir. 2015). Here, the fact that Defendant's posts were made on the Internet could have rendered them more terrifying for victims, particularly given that Defendant would have remained anonymous had the government not ascertained his identity.

Defendant's conduct, moreover, does not consist of merely a single or even a small handful of threats. If there had only been one threat, the Sentencing Guidelines in fact may have called for a reduction in Defendant's offense level. *See* U.S. Sentencing Guideline § 2A6.1(b)(6) (providing for a four-level reduction in the offense level, so long as certain specific offense characteristics do not apply, where "the offense involved a single instance evidencing little or no deliberation"). Instead, Defendant's conduct occurred over the span of multiple *years*. His countless threats were made over approximately three years, from September 2021 to July 2024. *See* Plea at ¶¶ 4-17.

Defendant also has a lengthy history with the criminal justice system. He has a 2002 felony conviction for receipt of stolen property that appears to have been followed by multiple violations of probation. *See* PSR at ¶ 66. He has also had at least four driving-under-the-influence misdemeanors, *id.* at ¶¶ 67-68, 70, 72, and a series of additional convictions. Defendant himself has complained about the sheer breadth of his criminal history: in April 2024, he texted another individual, "I cannot believe the amount of money and the amount of time I have spent either in jail [or] on probation for the crimes that I have committed."

Defendant makes much of his role as a caregiver for his developmentally disabled uncle, Terry Johnson. *See* ECF No. 41 ("Def. Downward Variance Mem.") at 8-10. But there is evidence that Defendant was also physically abusive toward Johnson. For example, in August 2021, Defendant texted another individual that he had "slapped" Johnson:

> Message 2 of 3
>
> When I slapped him like a bitch for yelling and not shutting up he start saying hit me hit me I want you to go to jail come on hit me. Terry told me he wants me to hit him so I can go to jail...
> Outgoing Message sent by 19707398547 (19707398547)
> Sent: 2021-08-13 00:15:39 (UTC)
> Message ID: 08EAAF4B-25CD-47DC-87F8-85C67C565834

To the extent that Defendant's role as Johnson's caretaker may have any relevance here, it undermines his request for a downward variance.

At bottom, Defendant's history and characteristics favor a substantial period of incarceration.

B. <u>The Need for the Sentence Imposed to Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment for the Offense (18 U.S.C. § 3553(a)(2)(A))</u>

The Court should fashion a sentence that accounts for the seriousness of an offense that, by its very nature, undermines the democratic process by striking fear into the hearts of those administering our elections and our justice system. Given Defendant's repeated threats both to Arizona Election Official-1 and Colorado Election Official-1, and to other public figures, a meaningful sentence is necessary to promote respect for the law and provide just punishment commensurate with the harm occasioned by Defendant's conduct.

C. <u>The Need for the Sentence Imposed to Afford Adequate Deterrence to Criminal Conduct (18 U.S.C. § 3553(a)(2)(B))</u>

Finally, there is a genuine need for general deterrence here. Threats to elections workers across the country are an ongoing and very serious problem. According to one recent survey, one in six election officials have experienced threats because of their job and 77 percent have said that they feel the volume of these threats has increased in recent years. *See Poll of Local Election Officials Finds Safety Fears for Colleagues — and Themselves*, Brennan Center for Justice, *available at* https://www.brennancenter.org/our-work/analysis-opinion/poll-local-election-

officials-finds-safety-fears-colleagues-and (Mar. 10, 2022). Individuals who might consider threatening elections officials should be made aware of the serious consequences for doing so. Election workers—as well as judges and members of the law enforcement community—deserve to know that those who threaten them will face meaningful penalties.

## CONCLUSION

For the reasons described herein, a sentence of 37 months of imprisonment is sufficient but not greater than necessary to account for the factors to be considered under 18 U.S.C. § 3553(a).

Respectfully submitted this 22nd day of May, 2025.

| | |
|---|---|
| J. BISHOP GREWELL<br>United States Attorney<br>District of Colorado | EDWARD P. SULLIVAN<br>Acting Chief, Public Integrity Section<br>United States Department of Justice<br><br>/s/ Jonathan E. Jacobson<br>Jonathan E. Jacobson<br>Trial Attorney<br>Public Integrity Section<br>1301 New York Ave. NW, 10th Fl.<br>Washington, DC 20005<br>Telephone: 202-514-1412<br>Email: jonathan.jacobson@usdoj.gov |

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of May, 2025, I electronically filed the foregoing Sentencing Memorandum with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

/s/ Jonathan E. Jacobson